## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRANCE PROCTOR                                                                                         PLAINTIFF
ADC #87410

V.                                          NO: 5:10CV00317 JMM/HDY

RAY HOBBS *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE