**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE PROCTOR                                                                                    PLAINTIFF
ADC #87410

V.                                     NO: 5:10CV00317 JMM/HDY

RAY HOBBS *et al.*                                                                                  DEFENDANTS

## **ORDER**

Plaintiff filed a complaint on November 2, 2010, and has now paid his filing fee. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants, and will therefore order service upon them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants. The Clerk of the Court is directed to prepare a summons for Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), this order, and summons on them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this __4__ day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE