## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRANCE PROCTOR                                                                              PLAINTIFF
ADC #87410

V.                                              NO: 5:10CV00317 JMM/HDY

RAY HOBBS *et al.*                                                                           DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. Plaintiff has filed a response in which he states that he has no objection to the Proposed Findings and Partial Recommended Disposition. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motions for a temporary restraining order and preliminary injunction (docket entry #28), for an order to show cause (docket entry #31), and to compel (docket entry #32) are DENIED.

DATED this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE