IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE PROCTOR                                                                                    PLAINTIFF
ADC #87410

V.                                         NO: 5:10CV00317 JMM

RAY HOBBS *et al.*                                                                                  DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Defendants' motion to dismiss (docket entry #39) is GRANTED.

2.   Plaintiff's state law defamation claims are DISMISSED WITHOUT PREJUDICE.

3.   All of Plaintiff's other claims are DISMISSED WITH PREJUDICE.

4.   All pending motions are DENIED AS MOOT.

DATED this 5th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE