**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE PROCTOR                                                                                     PLAINTIFF
ADC #87410

V.                                           NO: 5:10CV00317 JMM

RAY HOBBS *et al.*                                                                                   DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's state law defamation claims, and with prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE